IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**FIRST BANK**                                                                   **PLAINTIFF**

**VS.**                                              **CIVIL ACTION NO. 3:21-cv-392-HTW-LGI**

**ORIGIN BANK F/K/A COMMUNITY TRUST BANK**                        **DEFENDANT**

---

**NOTICE OF APPEARANCE AND
REQUEST FOR NOTIFICATION**

---

      Eileen N. Shaffer enters her appearance on behalf of First Bank, and requests that she be served with a copy of all notices given or required to be given in this case and all papers served or required to be served in this case.

      Dated this the _9th_ day of _June_, 2021.

                                  FIRST BANK

                                  EILEEN N. SHAFFER, Attorney

EILEEN N. SHAFFER, MSB #1687
Post Office Box 1177
Jackson, Mississippi 39215-1177
Ph: (601) 969-3006
Fax: (601) 949-4002
eshaffer@eshaffer-law.com